# FARNAN LLP

February 19, 2013

**Via E-Filing**
The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 2325
Wilmington, DE 19801-3555

Re:   LogMeIn, Inc. v. Pragmatus Telecom LLC (C.A. No. 12-cv-1507-RGA)

Judge Andrews:

We represent Pragmatus Telecom in C.A. No. 12-cv-1507. The Court has set the initial scheduling conference for March 7, 2013 at 2:15 pm. We are writing to inform the Court that this case is related to the following other cases: 12-cv-1533 through 1536; 12-cv-1538; 12-cv-1539; 12-cv-1541 through 1549; 12-cv-1551 through 1553; 12-cv-1555 through 1560; 12-cv-1650 through 1654; 12-cv-1656; 12-cv-1658; 12-cv-1660; 12-cv-1661; and 12-cv-1681 through 1687. These other cases remain in the pleading stage, with certain defendants filing answers and others filing motions to stay.

For purposes of efficiency, Pragmatus Telecom respectfully requests that the Court delay the initial scheduling conference on March 7 and re-schedule that hearing for a later date so that all defendants in the related cases may attend and participate.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (*via* E-Filing)