
Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140 Direct Phone
(302) 658-1192 Fax


February 22, 2013

**BY E-FILE**

The Honorable Richard G. Andrews
United States District Court
U.S. Courthouse
844 King Street
Wilmington, DE  19801

    Re:    LogMeIn, Inc. v. Pragmatus Telecom, LLC,
            D. Del., C.A. No. 12-1507 (RGA)

Dear Judge Andrews:

    This firm, along with Choate, Hall & Stewart LLP, represents LogMeIn, Inc. ("LMI"), in the above-referenced patent infringement declaratory judgment action brought by LMI against Pragmatus Telecom, LLC ("Pragmatus") on November 21, 2012 (the "LMI DJ Action").  We also represent the defendants, each of which uses LMI's technology, in the following related patent infringement cases brought by Pragmatus on November 21, 2012 and December 11, 2012:

    12-cv-1544 (Pragmatus v. Frontier Communications Corp.);
    12-cv-1549 (Pragmatus v. Lexmark International Inc.);
    12-cv-1551 (Pragmatus v. Océ North America, Inc.);
    12-cv-1560 (Pragmatus v. Wal-Mart Stores, Inc.)
    12-cv-1681 (Pragmatus v. First Data Corp.);
    12-cv-1683 (Pragmatus v. Georgia-Pacific LLC); and
    12-cv-1687 (Pragmatus v. Genuine Parts Co.) (collectively with LMI, the "LMI Parties").

    In addition to these cases and the LMI DJ Action, 39 additional related cases (5 of which are stayed in part or full) that involve the same three Pragmatus patents that are at issue in the LMI Parties' cases are currently pending before the Court

    We write (1) in response to the letter Pragmatus filed with the Court on February 19, 2013, requesting the Court to delay the initial scheduling conference in the LMI DJ Action, currently scheduled for March 7, 2013, and (2) to address the scheduling of claim construction proceedings in all of these related cases.

The Honorable Richard G. Andrews
February 22, 2013
Page 2

First, Pragmatus' counsel has informed us that a 2-3 week extension of the March 7 initial scheduling conference should be sufficient to allow the defendants in all of the related cases to participate in a joint scheduling conference. The LMI Parties do not oppose such an extension if it is convenient for the Court. For the reasons explained below, however, the LMI Parties respectfully request that the Court address a specific scheduling issue at its earliest convenience.

One of the related cases pending before the Court is a declaratory judgment action filed on February 7, 2012 by another chat service provider, LivePerson, Inc. (*LivePerson, Inc. v. Pragmatus Telecom, LLC*, C.A. No. 12-cv-147-RGA) (the "LivePerson DJ Action"). The LivePerson DJ Action involves the same three Pragmatus patents at issue in all of the related cases. Claim construction in that case is currently ordered to proceed on the following schedule:

| | |
|---|---|
| Pragmatus' Opening Claim Construction Brief: | January 30, 2013 |
| LivePerson's Answering Claim Construction Brief: | March 8, 2013 |
| Pragmatus' Reply Claim Construction Brief: | March 22, 2013 |
| LivePerson's Sur-reply Claim Construction Brief: | April 5, 2013 |
| Joint Claim Construction Brief: | April 10, 2013 |
| Claim Construction Hearing: | May 1, 2013 at 9:00 a.m. |

*See* Scheduling Order (D.I. 30) in the LivePerson DJ Action, as amended by the Court on January 22, 2013 (D.I. 57).

It is highly likely that there will be a substantial (if not entire) overlap between the claim terms and claim construction issues that need be addressed in the related cases. For purposes of efficiency and fairness, the LMI Parties respectfully request that the Court modify the scheduling order in the LivePerson DJ Action to consolidate the claim construction briefing and argument process in all of these related cases so that the LMI Parties, and other defendants, have an opportunity to meaningfully participate in a single claim construction process.

The LMI Parties, therefore, respectfully request that the Court order the parties in the related cases to promptly make any submission relevant to this issue. We also believe that a telephone conference on this issue would be helpful to address the synchronization of claim construction across the related cases.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Philip A. Rovner*

Philip A. Rovner
provner@potteranderson.com

PAR/mes/1095595
cc: All counsel of record – by CM/ECF and E-mail