

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

Monté T. Squire
P 302.571.6630
F 302.576.3313
msquire@ycst.com

March 1, 2013

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 2325
Wilmington, DE 19801-3555

Re: *LivePerson, Inc. v. Pragmatus Telecom, LLC*, C.A. No. 12-147-RGA and
*LogMeIn, Inc. v. Pragmatus Telecom, LLC*, C.A. No. 12-1507-RGA

Dear Judge Andrews:

      I write on behalf of LivePerson, Inc. ("LivePerson") in response to the Court's inquiry on the positions of the parties in C.A. No. 12-147-RGA (LivePerson and Pragmatus Telecom, LLC ("Pragmatus")) regarding LogMeIn, Inc.'s request to intervene in the *Markman* proceeding in this case. See C.A. No. 12-1507-RGA, D.I. 13.

      Presently, LivePerson is agreeable to a short, three-month delay of the May 1, 2013 *Markman* hearing in its Declaratory Judgment action (C.A. No. 12-147-RGA), perhaps moving that hearing to a date convenient to the Court in August 2013 (assuming the Court would also enter commensurate three-month deadline extensions in the Scheduling Order for the remainder of the case).

      As the Court will recall, LivePerson filed this Declaratory Judgment action in order to efficiently resolve the various allegations in multiple courts that its customers' use of LivePerson technology infringed the patents-in-suit, after Pragmatus sued many of LivePerson's customers both in the Eastern District of Texas and in this Court. For its part, this Court stayed the Delaware cases against LivePerson's customers, allowing LivePerson's supplier action to proceed first. In the Texas customer case, the parties are awaiting a ruling from that court on whether it will grant a similar stay of that case. In the interim, the Texas customer case is proceeding to a *Markman* hearing on November 21, 2013 (six months following this Court's May 1, 2013 *Markman* hearing in LivePerson's Declaratory Judgment action), and trial on February 9, 2015 (five months after the trial in LivePerson's Declaratory Judgment action, which is set to begin on September 8, 2014).

Y<small>OUNG</small> C<small>ONAWAY</small> S<small>TARGATT</small> & T<small>AYLOR</small>, LLP
The Honorable Richard G. Andrews
March 1, 2013
Page 2

  Thus, while LivePerson recognizes the judicial efficiency to be gained by a single *Markman* proceeding on the asserted patents across related cases, absent a ruling from the Texas Court staying that case pending the outcome of LivePerson's Declaratory Judgment action, LivePerson wishes to avoid jeopardizing its ability to proceed first to claim construction and trial in its supplier Declaratory Judgment action in this Court with the hope of efficiently resolving the matter with respect to all LivePerson customers. Accordingly, LivePerson is concerned about the ability to do so if the May 1, 2013 *Markman* hearing is delayed by more than three months.

                Respectfully submitted,

                */s/ Monté T. Squire*

                Monté T. Squire (No. 4764)

MTS: mts

cc: Clerk of the Court
   All Counsel of Record