

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140 Direct Phone
(302) 658-1192 Fax

March 1, 2013

**BY E-FILE**

The Honorable Richard G. Andrews
United States District Court
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:    LogMeIn, Inc. v. Pragmatus Telecom, LLC,
            D. Del., C.A. No. 12-1507 (RGA)

Dear Judge Andrews:

        On behalf of LogMeIn, Inc. ("LMI"), I respectfully submit this response to the letters regarding the consolidation of claim construction proceedings in *LivePerson Inc., v. Pragmatus Telecom, LLC*, Civil Action No. 12-147-RGA (the "LivePerson Action") with those in this case.

        It appears that the parties to both actions agree that the claim construction proceedings should be consolidated, and that the previously-established schedule in the LivePerson Action should be extended to allow time for LMI to meaningfully participate.

        Based on the correspondence submitted, there remain, however, two issues upon which the parties disagree. The first is the amount of time that LMI should be afforded to meaningfully participate in the claim construction process. LMI believes it should be afforded roughly the same amount of time as Pragmatus and LivePerson agreed that they should have had under the original scheduling order in the LivePerson Action – 5 months.[1] That said, in an attempt to address concerns raised by LivePerson's counsel, LMI proposes a more condensed schedule below.

        The second issue about which there is disagreement is Pragmatus' demand that LMI be "substantially if not entirely limited to the claim terms previously submitted in [LivePerson and Pragmatus' Joint Claim Construction Chart (Dkt No. 56 in the LivePerson

---

[1] *See* Joint Proposed Scheduling Order in the LivePerson Action (Docket No. 13 in that case)(agreed upon schedule with initial conference on April 27, 2012 and initial exchange of claim terms on September 28, 2012).

The Honorable Richard G. Andrews
March 1, 2013
Page 2

Action)." While, based on the similarities in the complaints against LivePerson's and LMI's customers, it is highly likely that there will be substantial overlap between the claim terms already identified and those that LMI thinks are likely to be at issue in its declaratory judgment action, it would be manifestly unfair to limit LMI's identification of terms in need of construction before Pragmatus has disclosed its actual infringement contentions with respect to LMI's technology and LMI has had any time to prepare its position on those issues.

Given the parties' positions, LMI respectfully requests that the Court promptly (1) suspend the current briefing schedule in the LivePerson action (before the next relevant deadline of next Friday, March 8th) and (2) set a consolidated Markman hearing for late October or early November of 2013, with submission of the joint claim construction brief approximately one month prior to the hearing. The parties can then work together to establish a revised briefing schedule to meet the Court's deadlines. While this schedule would actually allow LMI less time to prepare than the five months provided in the LivePerson Action, LMI believes that – if the parties cooperate to advance the case efficiently – it will allow sufficient time for LMI to meaningfully participate in a consolidated claim construction proceeding.

Respectfully,

/s/ Philip A. Rovner

Philip A. Rovner
provner@potteranderson.com

PAR/mes/1096572
cc: All counsel of record – by CM/ECF and E-mail